**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY LOUIS JUDGE, | ) | NO. ED CV 11-1846-SVW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SAN BERNARDINO SHERRIF'S DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

   IT IS ADJUDGED that the action is dismissed without prejudice.

   DATED: November 29, 2012.

                                    /s/ Stephen V. Wilson
                              _____
                                    STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE